# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-0689
LT Case No. 16-2021-CF-260-A

———————————————

MATTHEW JUSTIN GILCHRIST,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Matthew Justin Gilchrist, Seminole, pro se.

James Uthmeier, Attorney General, Tallahassee, and Brian A. Hofer, Assistant Attorney General, Tallahassee, for Respondent.

June 19, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 24, 2026 judgment and sentence rendered in Case No. 16-2021-CF-260-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, LAMBERT, and HARRIS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————